FILED
CLERK, U.S. DISTRICT COURT

JAN -3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACY COLLIER, | ) | NO. ED CV 11-1345-CBM(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| DEXTER, | ) | CONCLUSIONS AND RECOMMENDATIONS OF |
| Respondent. | ) | UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///
///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner, and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 1/3/2012 .

/s/ C. B. Marshall
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     CENTRAL DISTRICT OF CALIFORNIA
10
11  TRACY COLLIER,                  )  NO. ED CV 11-1345-CBM(E)
                                    )
12              Petitioner,         )
                                    )
13         v.                       )  REPORT AND RECOMMENDATION OF
                                    )
14  DEXTER,                         )  UNITED STATES MAGISTRATE JUDGE
                                    )
15                                  )
                Respondent.         )
16  _____)
17
18       This Report and Recommendation is submitted to the Honorable
19  Consuelo B. Marshall, United States District Judge, pursuant to
20  28 U.S.C. section 636 and General Order 05-07 of the United States
21  District Court for the Central District of California.
22
23                              PROCEEDINGS
24
25       Petitioner filed a "Petition for Writ of Habeas Corpus by a
26  Person in State Custody" on August 23, 2011.  Respondent filed a
27  "Motion to Dismiss, etc.," on September 16, 2011.  The Magistrate
28  Judge ordered that Petitioner file opposition to the Motion to
```

1  Dismiss within thirty (30) days of September 16, 2011.  See Minute
2  Order dated September 16, 2011.  The Magistrate Judge cautioned
3  Petitioner that "[f]ailure to file timely opposition to the motion
4  may result in the denial and dismissal of the Petition."  Id.
5  Nevertheless, Petitioner failed to file opposition within the
6  allotted time.

## DISCUSSION

The Petition should be denied and dismissed without prejudice. Petitioner has failed to file timely opposition to a potentially dispositive motion, despite a court order that he do so. The Court has inherent power to achieve the orderly and expeditious disposition of cases by dismissing actions for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 629-30 (1962).

## RECOMMENDATION

For all of the foregoing reasons, IT IS RECOMMENDED that the Court issue an Order: (1) accepting and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying and dismissing the Petition without prejudice.

DATED: November 1, 2011.


                    _____/S/_____
                       CHARLES F. EICK
                  UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Reports and Recommendations are not appealable to the Court of Appeals, but may be subject to the right of any party to file objections as provided in the Local Rules Governing the Duties of Magistrate Judges and review by the District Judge whose initials appear in the docket number. No notice of appeal pursuant to the Federal Rules of Appellate Procedure should be filed until entry of the judgment of the District Court.

If the District Judge enters judgment adverse to Petitioner, the District Judge will, at the same time, issue or deny a certificate of appealability. Within twenty (20) days of the filing of this Report and Recommendation, the parties may file written arguments regarding whether a certificate of appealability should issue.