UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACY COLLIER, | ) | NO. ED CV 11-1345-CBM(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEXTER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 1/3/2011

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE